No. 86–728. HONIG, CALIFORNIA SUPERINTENDENT OF PUBLIC INSTRUCTION *v.* DOE ET AL. C. A. 9th Cir. [Certiorari granted, 479 U. S. 1084.] Motion of Davis Joint Unified School District et al. for leave to participate in oral argument as *amici curiae,* for divided argument, and for additional time for oral argument denied. Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 86–787. HICKS, DISTRICT ATTORNEY FOR COUNTY OF ORANGE, CALIFORNIA, ACTING ON BEHALF OF FEIOCK *v.* FEIOCK. Ct. App. Cal., 4th App. Dist. [Certiorari granted, 480 U. S. 915.] Motion of Women's Legal Defense Fund et al. for leave to file a brief as *amici curiae* granted.

No. 86–793. KANSAS CITY POWER & LIGHT CO. *v.* STATE CORPORATION COMMISSION OF KANSAS ET AL. Sup. Ct. Kan. [Probable jurisdiction noted, 479 U. S. 1082.] Motion of Edison Electric Institute for leave to file a brief as *amicus curiae* granted. JUSTICE POWELL took no part in the consideration or decision of this motion.

No. 86–870. PHILLIPS PETROLEUM CO. ET AL. *v.* MISSISSIPPI ET AL. Sup. Ct. Miss. [Certiorari granted, 479 U. S. 1084.] Motion of Robert E. Longino, Jr., for leave to file a brief as *amicus curiae* granted.

No. 86–1503. SAMAYOA ET AL. *v.* CHICAGO BOARD OF EDUCATION ET AL. C. A. 7th Cir. Motion of petitioners to strike brief of respondents denied.

No. 86–6781. IN RE WILLIAMS. Petition for writ of habeas corpus denied.

No. 86–1430. PERALTA *v.* HEIGHTS MEDICAL CENTER, INC., DBA HEIGHTS HOSPITAL, ET AL. Appeal from Ct. App. Tex., 1st Dist. Probable jurisdiction noted.